**Motion Granted and Order filed June 14, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00279-CV
_____

**RSL FUNDING, L.L.C., Appellant**

**V.**

**CHAVEZE D. PIPPINS, DANIEL P. MORRIS, DONNA M. O'BRIEN, METLIFE INSURANCE COMPANY, METLIFE INSURANCE COMPANY OF CONNECTICUT, AND METLIFE INVESTORS USA INSURANCE COMPANY, Appellees**

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 994875**

## O R D E R

This is an accelerated appeal from an interlocutory order signed March 30, 2012, granting appellees' motion to stay arbitration. On April 16, 2012, appellant filed a motion in this court requesting temporary orders pursuant to Texas Rule of Appellate Procedure 29. On April 17, 2012, we granted appellant's motion and entered a stay.

1

On May 29, 2012, appellant filed a motion to "clarify" our order, specifically whether arbitration proceedings are included. Appellant's motion is granted and we issue this order.

We ORDER that proceedings, including any and all proceedings in arbitration, are stayed in trial court cause number 994875, styled *RSL Funding, L.L.C. v. Chaveze D. Pippins, Daniel P. Morris, Donna M. O'Brien, Metlife Insurance Company, Metlife Insurance Company Of Conneticiut, and Metlife Investors USA Insurance Company*. The proceedings are stayed until final decision by this court in this interlocutory appeal or until further orders of this court.

PER CURIAM

Justices Boyce, Christopher, and Jamison